U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

OCT 2 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JEFFERY A. LANGLEY, ET AL INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | : | DOCKET NO. 04-596 |
| VS. | : | JUDGE TRIMBLE |
| CENTERPOINT ENERGY RESOURCES CORPORATION D/B/A CENTERPOINT ENERGY ENTEX | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion to dismiss

(doc. #15) is hereby **GRANTED** dismissing the instant Petition for Damages at Plaintiffs' cost.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21ˢᵗ day of

October, 2008.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE